UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| | : | |
| v. | : | |
| | : | Mag. No. 24-11294 |
| SILVIA VASQUEZ-RIVERA, | : | |
| FERNANDO DEVICIENTE, and | : | |
| KYASIA WEBBER | : | **CRIMINAL COMPLAINT** |

I, Courtland C. McCullough, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Postal Inspector with the United States Postal Inspection Service, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Continued on the attached page and made a part hereof:

s/ Courtland C. McCullough

_____
Courtland C. McCullough
Postal Inspector
U.S. Postal Inspection Service

Postal Inspector McCullough attested to this Complaint by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A) on this 12th day of November, 2024, in the District of New Jersey.

_____
Honorable André M. Espinosa
United States Magistrate Judge

1

**ATTACHMENT A**

**COUNT ONE**
(Conspiracy to Commit Kidnapping)

In or around May 2023, in Passaic County, in the District of New Jersey and elsewhere, the defendants,

**SILVIA VASQUEZ-RIVERA,**
**FERNANDO DEVICIENTE, and**
**KYASIA WEBBER**

did combine, conspire, confederate, and agree with one another to willfully and unlawfully kidnap, abduct, seize, and confine Victim-1, and hold Victim-1 for ransom, reward, and otherwise, and, in committing or in furtherance of the commission of that offense, did willfully transport Victim-1 in interstate commerce from New York to New Jersey.

In violation of Title 18, United States Code, Sections 1201(a)(1) and (c).

## COUNT TWO
(Conspiracy to Steal Mail)

Beginning on an unknown date and continuing to at least in or around May 2024, in Bergen County, in the District of New Jersey and elsewhere, the defendants,

**SILVIA VASQUEZ-RIVERA,**
**FERNANDO DEVICIENTE, and**
**KYASIA WEBBER**

did knowingly and intentionally conspire and agree with others to commit an offense against the United States, namely, to steal and take United States mail, contrary to Title 18, United States Code, Section 1708.

In violation of Title 18, United States Code, Section 371.

## ATTACHMENT B

I, Courtland C. McCullough, am a Postal Inspector with the United States Postal Inspection Service ("USPIS"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, the statements of individuals, and my review of reports, documents, and other items of evidence. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where statements of others are related herein, they are related in substance and part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

### May 2023 Kidnapping Conspiracy

1.      Law enforcement has been investigating the kidnapping of a victim ("Victim-1") that occurred in or around May 2023.   Before the kidnapping, Victim-1 brokered the sale of a Lamborghini Urus (the "Vehicle") from a third party ("Individual-1") to Silvia Vasquez-Rivera ("VASQUEZ").  VASQUEZ made a $40,000 down payment, but the Vehicle was not delivered.

2.      Victim-1 met with VASQUEZ and others known and unknown in the Bronx, New York to seek either the return of the $40,000 or the delivery of the Vehicle.   After a period of time, VASQUEZ, Kyasia Webber ("WEBBER"), an individual believed by law enforcement to be FERNANDO DEVICIENTE ("DEVICIENTE"), and others known and unknown, entered an SUV (the "SUV") with Victim-1.   While in the SUV, WEBBER repeatedly punched Victim-1. VASQUEZ and WEBBER told Victim-1 that Victim-1 would be harmed if Victim-1 did not repay the $40,000 to VASQUEZ.

3.      The SUV drove Victim-1 to Brooklyn, New York, where VASQUEZ paid a group of masked men to assault Victim-1.  Location information from Victim-1's cell phone is consistent with Victim-1 being brought to Brownsville in Brooklyn, New York on or about May 26, 2023.   Law enforcement lawfully searched DEVICIENTE's cell phone and on or about May 26, 2024, DEVICIENTE sent a text message to WEBBER that contained the word "Brownsville."  In addition, DEVICIENTE's cell phone contained photographs of: (1) Victim-1's driver's license; and (2) a debit card bearing the name of a person who shares Victim-1's last name.

4.      Thereafter, the SUV drove to Paterson, New Jersey, where WEBBER exited and returned wearing different clothes.  Location information from Victim-1's cell phone is consistent with Victim-1 being brought to Paterson, New Jersey to a location near an address at which WEBBER received mail in or around June 2023.

4

5.    After making calls to friends and family while kidnapped, Victim-1 paid VASQUEZ a $20,000 ransom.  VASQUEZ took Victim-1's cell phone as collateral, pending the return of the remaining $20,000.  Location information from Victim-1's cell phone and from VASQUEZ's cell phone indicates that the two devices were near each other following Victim-1's release.

6.    Law enforcement lawfully searched VASQUEZ's cell phone and saw that on or about May 27, 2023, VASQUEZ had the following conversation with an individual ("UNKNOWN"), which indicates that VASQUEZ and others kidnapped Victim-1 when the Vehicle ("lambtruck") wasn't delivered; held Victim-1 for ransom; paid others to assault Victim-1 in Brownsville, New York; and took Victim-1's cell phone:

| | |
|---|---|
| VASQUEZ: | Nd shit not good I just kidnapped a n[***]a who took my 40k cash |
| UNKNOWN: | What tf why people always playing with you |
| UNKNOWN: | I be hating that shit |
| UNKNOWN: | You could hit me when ever you need 2 I got ya back gang fr Yktv |
| VASQUEZ: | N[***]a told me he can get me lambtruck . I pulled up 40k cash ain't get lamb truck next day so we kidnapped the n[***]a I know that vouched for the n[***]a . N[***]as really took this n[***]a for ransom for three days. |
| VASQUEZ: | His family and friends came up with 20k last night. |
| UNKNOWN: | Yea kauze fuck outta here |
| VASQUEZ: | We let him go nd said we still expecting the other 20 we got all ur information |
| VASQUEZ: | Nd we took his phone |
| VASQUEZ: | Nd cash out bread |
| VASQUEZ: | Than I took him to Brownsville |
| VASQUEZ: | Nd paid crsckhead 100 |
| UNKNOWN: | N[***]a is buggin who they think you are |

5

VASQUEZ:          To beat him up

7.    In addition, between on or about May 26, 2023, and on or about May 27, 2023, DEVICIENTE and VASQUEZ had the following conversation, which indicates that during the kidnapping, VASQUEZ gave instructions to DEVICIENTE, DEVICIENTE advised VASQUEZ to "wipe everything," and VASQUEZ updated DEVICIENTE regarding the $20,000 ransom payment:

VASQUEZ:          Pull up behind the v

VASQUEZ:          See what he saying

DEVICENTE:        It's quiet

DEVICENTE:        Make sure you wipe everything

DEVICENTE:        What y'all gon do

VASQUEZ:          U home

DEVICENTE:        Yeah

DEVICENTE:        You good ?

VASQUEZ:          Yeah we going to the Telly

VASQUEZ:          Ima stay with him

DEVICENTE:        Bet be carefull

VASQUEZ:          Supposedly they collect 20k now

DEVICENTE:        Copy

**Mail Theft Conspiracy**

8.    Law enforcement has also been investigating VASQUEZ, DEVICIENTE and WEBBER for their involvement in the theft of mail from locations in New Jersey.

9.    On or about May 28, 2024, law enforcement lawfully searched a bedroom from which VASQUEZ and DEVICIENTE were arrested for unrelated charges.  During the search, law enforcement discovered a plastic crate, two cardboard boxes, and two shopping bags containing mail addressed to and from individuals with no discernable relationship to VASQUEZ or DEVICIENTE – including with return addresses in New Jersey – a stack of checks written to

6

other individuals with no discernable relationship to VASQUEZ or DEVICENTE, and a plastic bag full of credit and/or debit cards in the name of other individuals with no discernable relationship to VASQUEZ or DEVICENTE. Law enforcement also found brake fluid, which can be used to edit the information displayed on checks, including the listed name and amount, and is otherwise rarely kept in residences.

10.    On or about October 25, 2024, law enforcement lawfully searched a vehicle driven by WEBBER and recovered mail addressed to individuals other than WEBBER; two copies of a check valued at $146,376.32 made out to an individual other than WEBBER; and nine debit cards bearing names other than WEBBER.

11.    During a lawful search of DEVICIENTE's phone, law enforcement saw that DEVICIENTE and WEBBER had the following exchange on or about May 8, 2023 concerning stealing mail ("fishing")[1] together:

| | |
|---|---|
| WEBBER: | Don't forget let's go Fishing today! |
| DEVICIENTE: | Word |
| WEBBER: | Cause we got works ode |
| WEBBER: | I'll go w I |
| WEBBER: | You* |
| DEVICIENTE: | Bet |

12.    During a lawful search of VASQUEZ's phone, law enforcement saw that VASQUEZ and DEVICIENTE had the following exchange on or about December 6, 2023, which reflects DEVICIENTE's stealing of mail from mailboxes ("fishing") along a "route" that included New Jersey and New York City ("Nj and city"):

| | |
|---|---|
| DEVICENTE: | How much am I getting |
| DEVICENTE: | Two routes ? |
| VASQUEZ: | He got the bread |
| VASQUEZ: | Nj and city |

---

[1]    Based on my training and experience and the investigation to date, fishing is stealing mail from postal boxes.

| | |
|---|---|
| DEVICENTE: | Cool but how much am I getting in the only one fishing |
| VASQUEZ: | Left it to him |
| VASQUEZ: | To decide how much |
| DEVICENTE: | Which one is Jersey key |
| DEVICENTE: | 300 for this first route |
| VASQUEZ: | 260 |

13.     Further, law enforcement saw the following exchange on VASQUEZ's phone from on or about February 7, 2024, which reflects that WEBBER attempted to deposit two illicit checks on behalf of VASQUEZ:

| | |
|---|---|
| WEBBER: | Twin check chat |
| | . . . |
| WEBBER: | The $7500 check was dubbed tho |
| WEBBER: | Right ? |
| VASQUEZ: | Yes |
| VASQUEZ: | The 17k still Gucci if she get it unlocked |
| | . . . |
| WEBBER: | They denied it |

14.     On or about February 13, 2024, VASQUEZ shared a digital file with DEVICIENTE that reflects a list of post office box locations, including from a town in Bergen County, New Jersey.  The digital file notes the status of some of these post office boxes, including with check marks or "X" marks and with notes such as "key changed," "not opening," and "CANT FIND."

15.     On or about February 21, 2024, DEVICIENTE sent images of checks to VASQUEZ's phone.  VASQUEZ and DEVICIENTE then had the following exchange to coordinate posting these checks for sale on VASQUEZ's account on Application-1:

| | |
|---|---|
| VASQUEZ: | Which one ? |

8

DEVICIENTE:        All them and just post it on the [account belonging to VASQUEZ on Application-1]

VASQUEZ:           He want all of them

DEVICIENTE:        Multiple people want different ones

16.    On March 2, 2024, WEBBER sent VASQUEZ multiple images of checks via Application-1.    WEBBER and VASQUEZ then had the following conversation about selling the stolen checks:

WEBBER:            [sends image of a check]

WEBBER:            Twin how much???

VASQUEZ:           200

WEBBER:            [sends images of checks]

WEBBER:            For these too

VASQUEZ:           120

VASQUEZ:           U want them or na cause I'm about to sell them

9